Dismissed and Memorandum Opinion filed October 16, 2008








Dismissed
and Memorandum Opinion filed October 16, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00694-CV

____________

 

MARY ELIZABETH SELLERS, Appellant

 

V.

 

SHAUN KELLY SELLERS, Appellee

 



 

On Appeal from the
253rd District Court

Chambers County,
Texas

Trial Court Cause
No. 24097

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed July 11, 2008.  On October 3, 2008, appellant
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed October
16, 2008.

Panel consists of Chief Justice Hedges and Justices
Guzman and Brown.